# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES C. BOYETT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIV-15-307-FHS-SPS |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

On August 31, 2016, the United States Magistrate Judge for this District filed a Report and Recommendation in this case. No objection was filed to the Report and Recommendation. As a result, the Report and Recommendation is deemed confessed.

The Report and Recommendation suggests that the case be REVERSED AND REMANDED for further administrative proceedings. This Court finds the Report and Recommendation of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Secretary's decision be REVERSED AND REMANDED.

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Report and Recommendation of the United States Magistrate Judge be SUSTAINED and adopted by this Court as this Court's Findings and Order. Accordingly, this case is REVERSED AND REMANDED to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 21st day of September, 2016.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma